IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>vs.<br><br>EUSEBIA BUENO,<br><br>               Defendant. | 4:12MJ3073<br><br>DETENTION ORDER |

      After conducting a detention hearing under the Bail Reform Act, 18 U.S.C. § 3142(f), the court concludes the defendant must be detained pending trial.

      There is a rebuttable presumption that no condition or combination of conditions of release will reasonably assure the defendant's appearance at court proceedings and the safety of the community because there is probable cause to believe the defendant committed a drug crime under the Controlled Substances Act (21 U.S.C. § 801 et seq.), for which the defendant could be required to serve ten or more years in prison.  The defendant has not rebutted this presumption.

      Specifically, the court finds:

As to the charges set forth in the complaint, there is substantial evidence to support a finding of probable cause.
The defendant's release would place others, particularly her grandchildren, at risk of exposure to illegal drugs.
The defendant is not a United States citizen, has extensive family in Mexico, stated she hates the United States, had planned to visit her mother in Mexico in December, and, if released, would likely flee the country before trial.
The defendant has failed to appear for court proceedings in the past.

<u>Directions Regarding Detention</u>

      The defendant is committed to the custody of the Attorney General or a designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or held in custody pending appeal. The defendant must be afforded a reasonable opportunity to consult privately with defense counsel. On order of United States Court or on request of an attorney for the Government, the person in charge of the corrections facility must deliver the defendant to the United States marshal for a court appearance.

      November 1, 2012.

                                                                             BY THE COURT:

                                                                             <u>*s/ Cheryl R. Zwart*</u>
                                                                             United States Magistrate Judge